**In the Matter of INTERNATIONAL MATCH CORPORATION, Bankrupt.**

**In re Emil LIEBEL et al., Appellants.**

**No. 30.**

Circuit Court of Appeals, Second Circuit.

Oct. 8, 1936.

Anthony D. Calarco, of New York City, for appellants.

Rosenberg, Goldmark & Colin, of New York City (George K. Hourwich, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Order affirmed in open court on authority of In re F. & W. Grand Properties Corporation (C.C.A.) 74 F.(2d) 224.

**Charles J. O'CONNOR et al., Appellants, v. A. Lawrence MILLS et al.***

**No. 10662.**

Circuit Court of Appeals, Eighth Circuit.

Aug. 18, 1936.

J. A. Tellier, of Little Rock, Ark., for appellants.

J. W. House and Harry B. Solmson, Jr., both of Little Rock, Ark., for appellees.

PER CURIAM.

Appeal dismissed at costs of appellant, on motion of appellees to dismiss appeal on ground that same was not allowed by this court.

**Drucilla MAYS, Appellant, v. John W. SNYDER, Receiver, etc., et al.**

**No. 10749.**

Circuit Court of Appeals, Eighth Circuit.

Aug. 31, 1936.

William M. Fitch and Lowell L. Sparling, both of St. Louis, Mo., for appellant.

Don O. Russell, of Clayton, Mo., and Ruby M. Hulen, of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal docketed and dismissed at costs of appellant but without taxation of attorney fee in favor of appellees, per stipulation of parties.

**Louis H. PINK, etc., v. Arthur C. PARSONS, etc.**

**No. 8084.**

Circuit Court of Appeals, Ninth Circuit.

Sept. 21, 1936.

William Scallon and W. T. Pigott, both of Helena, Mont., for appellant.

John G. Brown and William A. Brown, both of Helena, Mont., and W. F. O'Leary, of Great Falls, Mont., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a judgment of dismissal be filed and entered accordingly, and mandate issued forthwith.

**A. D. REYNOLDS, Jr., v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 6956.**

Circuit Court of Appeals, Sixth Circuit.

Oct. 7, 1936.

Woodward, Dawson & Hobson, of Louisville, Ky., for petitioner.

Robert H. Jackson, Asst. Atty. Gen., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed pursuant to motion of appellant.

*Writ of certiorari granted 57 S. Ct. 190, 81 L. Ed. —.